In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00171-CV**
_____

**JEREMY MANGUM, Appellant**

**V.**

**ABBA MANGUM, Appellee**

**On Appeal from the 472nd District Court**
**Brazos County, Texas**
**Trial Cause No. 23-001418-CVD-472**

**MEMORANDUM OPINION**

On April 29, 2024, Jeremy Mangum filed a notice of appeal from a final judgment granting a default final decree of divorce in Trial Cause Number 23-001418-CVD-472.[1] But after perfecting his appeal Mangum failed to file a brief.

_____

[1] Mangum filed his appeal in the Tenth District Court of Appeals. But in March 2024, the Texas Supreme Court signed a docket-equalization order and transferred the appeal to the Ninth District Court of Appeals to equalize the appellate dockets. *See* Tex. Gov't Code Ann. § 73.001.

1

On October 21, 2024, the Clerk of the Ninth Court of Appeals notified the parties that Mangum had not filed a brief and advised the parties that his appeal would be submitted without briefs unless by October 31, 2024, Mangum filed a brief and a motion to extend the deadline in which he had to file his brief. We warned Mangum that if the Court submitted his appeal without briefs that the Court could dismiss his appeal for want of prosecution.

On November 12, 2024, the Clerk notified the parties that on December 3, 2024, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Mangum has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss Mangum's appeal for want of prosecution. *See id.* 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 3, 2024
Opinion Delivered December 5, 2024

Before Golemon, C.J., Wright and Chambers, JJ.